IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA ANDERSON,                  :      No. 4:25cv313
                    Plaintiff          :

                                   :      (Judge Munley)

   v.                              :

                                   :      (Magistrate Judge Carlson)

FRANK BISIGNANO,                   :
Commissioner of Social Security,   :
                   Defendant       :

ORDER

Presently before the court is the Report and Recommendation ("R&R") of

Magistrate Judge Martin C. Carlson recommending that the decision of the

Commissioner of Social Security ("Commissioner") the plaintiff's request

for a new administrative hearing be granted, the final decision of the

Commissioner denying these claims be vacated, and this case be remanded to

the Commissioner to conduct a new administrative hearing. (Doc. 18).  No

objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no

timely objection is filed, the court must determine if a review of the record

evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory

Committee Notes ("When no timely objection is filed, the court need only satisfy

itself that there is no clear error on the face of the record to accept the

recommendation"); see also 28 U.S.C. § 636(b)(1); <u>Sullivan v. Cuyler</u>, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety.  Accordingly, it is hereby **ORDERED** as follows:

1) The R&R (Doc. 18) is **ADOPTED** in its entirety;

2) Plaintiff's request for a new administrative hearing is **GRANTED**;

3) The final decision of the Commissioner is **VACATED**;

4) This case is remanded to the Commissioner to conduct a new administrative hearing;

5) The Clerk of Court is directed to enter judgment in favor of the plaintiff;

6) and further directed to CLOSE this case.

BY THE COURT:

Date: 7/9/26

JUDGE JULIA K. MUNLEY
United States District Court

2